**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Angela Johnson**    JOINT DEBTOR: ___    CASE NO.: ___
Last Four Digits of SS# **xxx-xx-1648**    Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **676.19** for months **1** to **48** ;
- B. $ ___ for months ___ to ___ ;
- C. $ ___ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00**    TOTAL PAID $ **0.00**
Balance Due $ **-NONE-** payable $ ___ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Scott Carver IIC**    Arrearage on Petition Date $ **2194.00**
Address: **c/o Sharon Martin Reynolds, Manager 2181 NW 74 Street Miami, FL 33145**
Arrears Payment $ **45.71** /month (Months **1** to **48**)
Account No: **2016-1988-CC-05**    Regular Payment $ **568.00** /month (Months **1** to **48**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ ___
Payable $ ___ /month (Months _ to _ )    Regular Payment $ ___

Unsecured Creditors: Pay $ **1.00** /month (Months **1** to **48**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The Debtor is hereby advised that the Chapter 13 Trustee has requested that the Debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the Debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

The Debtor is a Public Housing Resident at Scott Carver IIC, which is Federally Subsidized Public Housing.  This Chapter 13 Plan will pay Scott Carver IIC arrears of $2,194 + the regular monthly rent of $568.  The Debtor has already paid $2,222 into the Miami Dade County Court Registry in Case No. 2016-1988-CC-05 (a pending eviction action) and agrees to release these funds to Scott Carver IIC.

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Scott Carver IIC, LP                    -Residential Lease Agreement for Federally Subsidized Public Housing
                                         -Debtor is the Lessor
                                         -Current lease term commenced on 09/11/2015 and ends on 08/31/2016,
                                         but is automatically renewed for successive terms of one month each

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Angela Johnson
**Angela Johnson**
Debtor

Date:   June 23, 2016