UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                             CASE NO.: 16-18966-LMI
                                                   CHAPTER 13
ANGELA JOHNSON

      Debtor.
_____/

## SCOTT CARVER, IIC, LP'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COME NOWS, Scott Carver, IIP, L.C., by and through its undersigned counsel, and hereby files this Objection to Confirmation of Debtor's Chapter 13 Plan [D.E. 2], and states as follows:

1. The debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 24, 2016.

2. Secured Creditor holds a security interest in the leased property where the debtor resides and intends to file a proof of claim.

3. To date, debtor has not to Secured Creditor's knowledge, complied with 11 U.S.C §362(l)(l) in filing or serving with her petition upon the Movants any ". . . certification under penalty of perjury that— (A) under non-bankruptcy law applicable in the jurisdiction, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after that judgment for possession was entered; and (B) the debtor (or an adult dependent of the debtor) has deposited with the clerk of the court, any rent that would become due during the 30-day period after the filing of the bankruptcy petition."

4.  Furthermore, the automatic stay arising by reason of 11 U.S.C. §362 is not in effect because it was not extended pursuant to 11 U.S.C. §362(c)(3) or imposed pursuant to 11 U.S.C. §362(c)(4).  As such, Secured Creditor may pursue its remedies with respect to the subject property.

**WHEREFORE,** Secured Creditor respectfully requests that the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

Dated: September 13, 2016

**Respectfully submitted:**

**The Law Office of Verna Popo, P.A.**
**2 S. Biscayne Blvd. Suite 3200**
**Miami, Florida 33131**
**Tel:     (305) 746-1908**
**Fax:    (877) 412-0896**
**E-mail: vpopo@vplawgroup.com**

By:  */s/ Verna Popo*
       VERNA POPO
       Fla. Bar No.: 16900