UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CASE NO.: 16-18966-LMI
                                                                **Chapter 13**

**ANGELA JOHNSON**

**Debtor.**
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #3

COMES NOW the creditor, North Park at Carver Apartments, by and through its undersigned counsel, and hereby requests that the Clerk of Court withdraw the following document: Proof of Claim #3.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Respectfully Submitted:**

**The Law Office of Verna Popo, P.A.**
**2 S. Biscayne Blvd., Suite 3200**
**Miami, Florida 33131**
**Telephone (305) 746-1908**
**Facsimile (877) 412-0896**
**E-mail: vpbklawyer@gmail.com**

**By:** */s/ Verna Popo, Esq.*
**Florida Bar No.: 16900**