**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Angela Johnson                      Case No. 16-18966-LMI
                                           Chapter 13

_____ Debtor _____/

### NOTICE TO WITHDRAW DOCUMENT

Debtor, Angela Johnson, through undersigned counsel, hereby withdraws her Objection to Claim of North Park at Scott Carver Apartments [D.E. 36] filed on November 21, 2016. The matter is now moot as North Park at Scott Carver Apartments amended its Proof of Claim on January 10, 2017 to the satisfaction of Debtor.

Dated this 26th day of April, 2017.

        LEGAL SERVICES OF GREATER MIAMI, INC.
        Attorneys for the Debtor

        By _____/s/_____
        LISSIE SALAZAR, Esq.
        Florida Bar No. 0866741
        4343 West Flagler Street, Suite 100, Miami, FL 33134
        Phone and Fax: (305) 438-2405
        Email: lsalazar@legalservicesmiami.org

### CERTIFICATION OF ATTORNEY

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        By _____/s/_____
        LISSIE SALAZAR, Esq.